Coleman v. United States Of America																				Doc. 4

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION
```

| | |
|---|---|
| MARTEZ COLEMAN, ) | |
| Petitioner, ) | Civil Action No. 7:06CV00083 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, is construed as a motion to vacate, set aside or correction sentence under 28 U.S.C. § 2255 and **DISMISSED** without prejudice as successive.

The Clerk shall strike the action from the active docket of the court and send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 31st day of January, 2006.

_____
United States District Judge

Dockets.Justia.com